United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 20, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-30486
Summary Calendar

_____

JIM F. BLACKWELL,

Plaintiff-Appellant,

versus

OVERTON BROOKS MEDICAL CENTER; ADETOKUNBO DESILU;
GEORGE M. MOORE, JR.; STAFF OF VETERANS ADMINISTRATION
MEDICAL CENTER; KAREN MUNN; DALE E. ROBINSON;
BILL CALLAHAN,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:05-CV-415
--------------------

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Jim F. Blackwell appeals the dismissal of his complaint filed
pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of
Narcotics</u>, 403 U.S. 388 (1971).  The district court noted that the
instant complaint was the sixth complaint Blackwell has filed in
relation to claims that the defendants have refused to provide him
with his preferred narcotic medication, Oxycontin.  The district
court dismissed the complaint as frivolous.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Blackwell's appellate brief is largely conclusional and asserts that the district court failed to consider the merits of his complaint. After reviewing the briefs and the record, we conclude that the district court did not abuse its discretion. <u>See Siglar v. Hightower</u>, 112 F.3d 191, 193 (5th Cir. 1997); 28 U.S.C. § 1915(e)(2)(B)(i). This appeal is without arguable merit and is dismissed as frivolous. <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2.

APPEAL DISMISSED.